IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCTORS OXYGEN SERVICE, INC.
d/b/a MEDGAS SOLUTIONS

    Plaintiff,

Case No. 1:15-CV-7467

v.

CANNON MANAGEMENT GROUP, LLC,

    Defendant.

## ORDER FOR JUDGMENT BY DEFAULT

Proof having been made to the Court that due service of the Summons and Complaint in the above-entitled action has been had on September 10, 2015, as required by law and that said Defendant, Cannon Management Group, LLC, is in default in that no issue of law or fact has been joined in this action and the time for joining issue has expired:

NOW, THEREFORE, the Court having considered all of the records, files, and proceedings had herein and upon the motion of Lyons Law Group, LLC, attorneys for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff, Doctors Oxygen Service, Inc., recover of Defendant, Cannon Management Group, LLC, the sum of $105,080.00, plus costs in the amount of $471.70, for a total judgment of $105,551.70 as itemized in the Affidavit of Laura E. Alms, ECF Document No. 6-1.

Let judgment be entered accordingly.

Dated this 1st day of December, 2015.

Andrea R. Wood
United States District Judge